USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MADELINE WASHINGTON,

                Plaintiff,                **ORDER**

      -v-                                      20-CV-8460 (PAE) (JLC)

ANDREW M. SAUL,
Commissioner, Social Security Administration,

                Defendant.
------------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      On November 5, 2020, the Court received by mail an affidavit of service from plaintiff, which mistakenly indicates that plaintiff has served the Court instead of the Commissioner. To date, plaintiff has not filed proof of service on the docket to establish that she has served the Commissioner. Accordingly, plaintiff is directed to serve the summons and complaint on the Commissioner and file a proof of service no later than **November 20, 2020**.

      **SO ORDERED.**

Dated: November 6, 2020
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge